UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

__CLAUDE KOONTZ__ )
Plaintiff )
 )
vs. ) Case No. __07-4199-CV-C-WAK__
 )
__STUDENT HEALTH CENTER, et al__ )
Defendant )

## AFFIDAVIT OF FINANCIAL STATUS

I, __CLAUDE KOONTZ__, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

A. Single: ✓  Married:___  Separated:___  Divorced:___

B. Name of Spouse __N/A__

C. Age of plaintiff, petitioner or complainant: __43__

D. Age of spouse: __N/A__

E. Address of plaintiff, petitioner or complainant: __310 8th St.__
__Boonville, MO 65233__
Telephone: __314-772-7594__

F. Address of spouse: __N/A__
Telephone: __N/A__

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

N/A

## II. EMPLOYMENT

A. Name of employer: Unemployed since 2005

Address of employer: N/A

Employer's telephone: N/A    Length of employment: N/A

Job title or description: N/A

Net Income:      Monthly $ N/A      Weekly $ N/A

Gross Income:    Monthly $ N/A      Weekly $ N/A

Does employer provide health insurance:    Yes____    No____

If employer provides health insurance, describe coverage: N/A

B. Previous employment (Answer only if presently unemployed).

Name of employer: N/A

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:      Monthly $_____      Weekly $_____

Gross Income:    Monthly $_____      Weekly $_____

C. Employment of spouse:

Name of employer: N/A

Page 2

Case 2:07-cv-04199-SOW   Document 1   Filed 10/01/07   Page 2 of 6

Address of employer: N/A

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income:      Monthly $ N/A      Weekly $ N/A

Gross Income:    Monthly $ N/A      Weekly $ N/A

### III. FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property?    Yes___    No ✓

   If yes - Description: _____

   Address: _____

   In whose name? _____

   Estimated value: _____

   Total amount owed: _____

   Owed to: _____

   Annual income from property: _____

B. Owner of automobile:    Yes___    No ✓

   If yes - Number of automobiles owned: 0

   Make_____ Model_____ Year_____

   Make_____ Model_____ Year_____

   In whose name registered? _____

   Present value: _____

   Amount owed on the automobile(s): _____

   Owed to: _____

   Monthly payment(s): _____

Page 3

Case 2:07-cv-04199-SOW   Document 1   Filed 10/01/07   Page 3 of 6

C. Cash on hand: (Include checking and savings accounts)

$ less than 100.00

List names and addresses of banks and associations:

Please do not state account numbers: None

D. Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | | ✓ |
| Pensions, trust funds, annuities or life insurance payments? | | ✓ |
| Gifts or inheritances? | | ✓ |
| Welfare payments? | | ✓ |
| ADC or other governmental child support? | | ✓ |
| Unemployment benefits? | | ✓ |
| Social Security benefits? | | ✓ |
| Other sources? | ✓ | |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

Tuition and $3,900.00 Living Expenses from Financial Aid - University of Missouri

IV. **OBLIGATIONS**

A. Monthly rental on house or apartment: shared Approx 400.00

B. Monthly mortgage payments on house: None

Amount of equity in house: none

Page 4

C. Monthly mortgage payments on other properties: $ NONE

Amount of equity in other properties: $ NONE

D. Household expenses:

Monthly grocery expense: 250.00

Monthly utilities:

Gas: 20.00

Electric: 30.00

Water: 10.00

Other: (Specify) _____

E. Other debts and miscellaneous monthly expenses:

| To Whom Owed and For What Reason Incurred? | Monthly Payments | Balance Due |
|---|---|---|
| Travel Gasoline | 120.00 | |
| | | |
| | | |
| | | |
| | | |
| | | |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

Plaintiff unable to find employment due to 18 felony convictions

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of ___Missouri___ )
                        )
County of ___Jefferson___ )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this __28__ day of __September__, 20__07__

_____
Notary Public

___4/6/09___
My Commission Expires

Thomas King
Notary Public - Notary Seal
State of Missouri
Jefferson County
My Commission Expires April 6, 2009
Commission # 05692456

Thomas King
Notary Public - Notary Seal
State of Missouri
Jefferson County
My Commission Expires April 6, 2009
Commission # 05692456

Page 6